IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE PEAK                                                                    PLAINTIFF

V.                              CASE NO: 4:09-CV-753WRW

SOUTHERN & ALLEN                                                DEFENDANT

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DISCOVERY

On this date this matter comes before the Court by agreement of the parties to extend the deadline for Defendant to respond to Plaintiff's interrogatories, requests for admission, and requests for production of documents and finds as follows:

A fourteen (14) day extension is granted until February 24, 2010, for Defendant Southern & Allen to respond to interrogatories, requests for admission, and requests for production of documents propounded by Plaintiff Joe Peak.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that the extension be granted and the deadline for Defendant to respond to Plaintiff's interrogatories, requests for admission, and requests for production of documents is extended until February 24, 2010.

United States District Court Judge

2/2/2010
DATE

855837-v1

Agreed:

/s/ Kimberly W. Tucker

Kimberly Wood Tucker (83175)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: ktucker@wlj.com
*Attorneys for Southern & Allen*

/s/David M. Marco

David M. Marco, Esq.
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Phone: (312) 222-9028 (x 812)
Fax: (888) 418-1277
e-mail: dmarco@smithlaw.us
*Attorney for Plaintiff*