**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOE PEAK**                                                                                                               **PLAINTIFF**

**v.**                                              **4:09CV00753-WRW**

**SOUTHERN & ALLEN**                                                                                    **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 27th day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE